## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CASAREZ, HOMER RAMIREZ | § | Case No. 11-03178 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKRUPTCY COURT
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604
> Attn: Fiscal Department

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/19/2013 in Courtroom 2nd Floor,

> Joliet City Hall
> 150 West Jefferson Street
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CASAREZ, HOMER RAMIREZ | § | Case No. 11-03178 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 276,450.62 |
| and approved disbursements of | $ | 245,811.67 |
| leaving a balance on hand of[1] | $ | 30,638.95 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 14,030.66 | $ 0.00 | $ 14,030.66 |
| Attorney for Trustee Fees: Springer, Brown, Covey, Gaertner & Davis | $ 6,630.00 | $ 0.00 | $ 6,630.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 20,660.66 |
| Remaining Balance | $ | 9,978.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 133,419.53 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 7,257.87 | $ 0.00 | $ 542.81 |
| 2 | American InfoSource LP as agent for Citibank N.A. | $ 437.38 | $ 0.00 | $ 32.71 |
| 3 | American InfoSource LP as agent for Citibank N.A. | $ 10,446.01 | $ 0.00 | $ 781.24 |
| 4 | Chase Bank USA, N.A. | $ 15,258.23 | $ 0.00 | $ 1,141.15 |
| 5 | Fifth Third Bank | $ 7,788.13 | $ 0.00 | $ 582.47 |
| 6 | American Express Centurion Bank | $ 9,112.39 | $ 0.00 | $ 681.50 |
| 7 | American Express Centurion Bank | $ 12,499.97 | $ 0.00 | $ 934.86 |
| 8 | Chase Bank USA, N.A. | $ 526.40 | $ 0.00 | $ 39.37 |
| 9 | GE Money Bank | $ 5,465.61 | $ 0.00 | $ 408.76 |
| 10 | GE Money Bank | $ 3,498.80 | $ 0.00 | $ 261.67 |
| 11 | GE Money Bank | $ 1,077.22 | $ 0.00 | $ 80.56 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | PNC BANK | $ 16,617.00 | $ 0.00 | $ 1,242.77 |
| 13 | FIA Card Services, NA/Bank of America | $ 238.53 | $ 0.00 | $ 17.84 |
| 14 | FIA Card Services, NA/Bank of America | $ 22,812.37 | $ 0.00 | $ 1,706.11 |
| 15 | FIA Card Services, NA/Bank of America | $ 19,203.63 | $ 0.00 | $ 1,436.22 |
| 16 | WORLD'S FOREMOST BANK | $ 1,179.99 | $ 0.00 | $ 88.25 |

Total to be paid to timely general unsecured creditors      $      9,978.29

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-03178-BWB
Homer Ramirez Casarez                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cturner          Page 1 of 3          Date Rcvd: Mar 21, 2013
                             Form ID: pdf006          Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2013.
```
db          #+Homer Ramirez Casarez,    19701 Ridgemont dr.,    Tinley Park, IL 60487-7084
16727706     +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
17078302      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16727705     +Amexdsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
16727688     +CBNA,    Attn: Bankruptcy Dept.,    Po Box 769006,    San Antonio, TX 78245-9006
16727685     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16727711     +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16727682     +Carmax AUTO Finance,    Attn: Bankruptcy Dept.,    2040 Thalbro St,    Richmond, VA 23230-3200
17020119      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16727696     +Chase-Bp,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16727681     #+Cheryl Casarez,    19701 Ridgemont Dr.,    Tinley Park, IL 60487-7084
16727690     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16727691     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
16727680     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    Attn: Bankruptcy Dept.,    38 Fountain Square Plz,
               Cincinnati, OH 45263)
16727704     +Fifth Third BANK,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
17021533     +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
16727709     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
16727694     +HSBC/Carsn,    Attn: Bankruptcy Dept.,    Po Box 15521,    Wilmington, DE 19850-5521
16727693     +HSBC/Mnrds,    Attn: Bankruptcy Dept.,    90 Christiana Rd,    New Castle, DE 19720-3118
16727697     +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
19927502      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
16727712     +National CITY CARD SER,    Attn: Bankruptcy Dept.,    1 National City Pkwy,
               Kalamazoo, MI 49009-8003
17320510     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
16727683     +Sarah Gaytan,    19701 Ridgemont Dr.,    Tinley Park, IL 60487-7084
16727708     +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
16727695     +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
16727713     +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
16727692     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17362242      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
16727699     +Worlds Foremost BANK N,    Attn: Bankruptcy Dept.,    4800 Nw 1St St Ste 300,
               Lincoln, NE 68521-4463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16973236      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2013 01:52:06
               American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
17542489      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2013 01:52:04
               American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16924455      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2013 01:54:56    Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16727684     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2013 01:54:56    Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
17325735      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 22 2013 01:55:31
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
17307417      E-mail/PDF: rmscedi@recoverycorp.com Mar 22 2013 01:51:02    GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16727701      E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2013 01:56:10    GEMB/JCP,    Attn: Bankruptcy Dept.,
               Po Box 984100,    El Paso, TX 79998
16727698     +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2013 01:56:08    GEMB/MEIJER DC,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
16727702     +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2013 01:56:10    GEMB/WALMART DC,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
16727679      E-mail/Text: cio.bncmail@irs.gov Mar 22 2013 01:36:03    IRS Priority Debt,
               Attn: Bankruptcy Dept.,    Box 21126,    Philadelphia, PA 19114
16727700     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 22 2013 01:40:47    Kohls/Chase,
               Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19927503      E-mail/PDF: rmscedi@recoverycorp.com Mar 22 2013 01:54:26
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                            TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1            User: cturner              Page 2 of 3              Date Rcvd: Mar 21, 2013
                               Form ID: pdf006            Total Noticed: 42

16727710*     +AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17078303*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16727714*     +BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
16727686*     +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
16727707*     +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
16727689*     +Cheryl Casarez,   19701 Ridgemont Dr.,   Tinley Park, IL 60487-7084
16727703*     +Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
16727715    ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
16727687    ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                        TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2013**                           **Signature:** _____

District/off: 0752-1              User: cturner           Page 3 of 3              Date Rcvd: Mar 21, 2013
                                 Form ID: pdf006         Total Noticed: 42


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2013 at the address(es) listed below:
          Nathan E Curtis    on behalf of Debtor Homer Ramirez Casarez ndil@geracilaw.com
          Nicole K Fishkin     on behalf of Trustee Thomas E Springer nfishkin@otrlaw.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com
          Thomas E Springer     tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                TOTAL: 5