UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| CASAREZ, HOMER RAMIREZ | § | Case No. 11-03178 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/THOMAS E. SPRINGER, TRUSTEE _____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Homer Casarez |  |  |  |
| Cheryl Casarez |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 Carmax AUTO Finance Attn: Bankruptcy Dept. 2040 Thalbro St Richmond VA 23230 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 CBNA Attn: Bankruptcy Dept. Po Box 769006 San Antonio TX 78245 | | | | | |
| | 3 Fifth Third Bank Attn: Bankruptcy Dept. 38 Fountain Square Plz Cincinnati OH 45263 | | | | | |
| | CITIFINACIAL MORTGAGE | | | | | |
| | FIFTH THIRD BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| ARS SURVEYING SERVICE | | | | | |
| CLOSING COSTS | | | | | |
| PURE TECH | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Post-petition real estate taxes | | | | | |
| SPRINGER, BROWN, COVEY, GAERTNER & | | | | | |
| KARGES REAL ESTATE | | | | | |
| RE/MAX SYNERGY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 IRS Priority Debt Attn: Bankruptcy Dept. Box 21126 Philadelphia PA 19114 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 10 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | 11 Chase-Bp Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 12 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 14 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 15 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 16 Fifth Third BANK Attn: Bankruptcy Dept. 5050 Kingsley Dr Cincinnati OH 45227 | | | | | |
| | 17 GEMB/JCP Attn: Bankruptcy Dept. Po Box 984100 El Paso TX 79998 | | | | | |
| | 18 GEMB/MEIJER DC Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | | | | |
| | 19 GEMB/WALMART DC Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 AMEX Attn: Bankruptcy Dept. Po Box 297871 Fort Lauderdale FL 33329 | | | | | |
| | 20 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 21 HSBC/Carsn Attn: Bankruptcy Dept. Po Box 15521 Wilmington DE 19805 | | | | | |
| | 22 HSBC/Mnrds Attn: Bankruptcy Dept. 90 Christiana Rd New Castle DE 19720 | | | | | |
| | 23 Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | | | |
| | 24 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 25 National CITY CARD SER Attn: Bankruptcy Dept. 1 National City Pkwy Kalamazoo MI 49009 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 26 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 27 Target NB Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | | | | |
| | 28 THD/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 29 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 3 Amexdsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | | | | |
| | 30 Worlds Foremost BANK N Attn: Bankruptcy Dept. 4800 Nw 1St St Ste 300 Lincoln NE 68521 | | | | | |
| | 4 BANK OF America Attn: Bankruptcy Dept. Po Box 17054 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 BANK OF America Attn: Bankruptcy Dept. Po Box 17054 Wilmington DE 19850 | | | | | |
| | 6 BANK OF America Attn: Bankruptcy Dept. Po Box 1598 Norfolk VA 23501 | | | | | |
| | 7 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 8 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 9 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| 12 | Pnc Bank | | | | | |
| 6 | American Express Centurion Bank | | | | | |
| 7 | American Express Centurion Bank | | | | | |
| 3 | American Infosource Lp As Agent For | | | | | |
| 4 | Chase Bank Usa, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 15 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 5 | Fifth Third Bank | | | | | |
| 16 | World's Foremost Bank | | | | | |
| 2 | American Infosource Lp As Agent For | | | | | |
| 8 | Chase Bank Usa, N.A. | | | | | |
| 1 | Discover Bank | | | | | |
| 13 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| 9 | Ge Money Bank | | | | | |
| 10 | Ge Money Bank | | | | | |
| 11 | Ge Money Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-03178 | BWB | Judge: Bruce W. Black | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CASAREZ, HOMER RAMIREZ | | | Date Filed (f) or Converted (c): | 01/27/11 (f) |
| | | | | 341(a) Meeting Date: | 02/24/11 |
| For Period Ending: | 03/11/14 | | | Claims Bar Date: | 06/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 19701 Ridgemont dr. Tinley Park, IL 60487 | 328,854.00 | 45,000.00 | | 30,837.41 | FA |
| (Debtors primary residence; joint with non-filing wife) | | | | | |
| 2. checking account with - Fifth Third Bank xxx701 | 196.00 | 0.00 | | 0.00 | FA |
| 3. Term Life Insurance - No Cash Surrender Value. Exp | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| (Joint with non-filing spouse; total value is $3,000)<br>Household goods; TV, DVD player, Tv stand, stereo, sofa vacuum,<br>table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigeratior,<br>microwave, dishes/flatware, pots/pans | | | | | |
| 5. Books, Compact discs, Tapes/Records,family picture | 200.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7. Watch | 150.00 | 0.00 | | 0.00 | FA |
| 8. Expected 2010 Federal tax refund; 50% interest | 1,750.00 | 0.00 | | 0.00 | FA |
| with non-filing spouse; total value is $3,500 | | | | | |
| 9. 2004 Kia Sorento with 71,000 miles | 2,900.00 | 0.00 | | 0.00 | FA |
| (joint with non-filing spouse; total value is $5,900) | | | | | |
| 10. Carmax (joint with daughter who drives and pays | 7,700.00 | 0.00 | | 0.00 | FA |
| for vehicle directly) | | | | | |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.62 | Unknown |

Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $343,500.00 | $45,000.00 | | $30,838.03 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 11-03178 | BWB   Judge: Bruce W. Black | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | CASAREZ, HOMER RAMIREZ | | Date Filed (f) or Converted (c): | 01/27/11 (f) |
| | | | 341(a) Meeting Date: | 02/24/11 |
| | | | Claims Bar Date: | 06/03/11 |

Trustee sold real estate. Claims need to be reviewed and objections thereto filed if necessary. After any claims objections are resolved, the Trustee will prepare the final attorney fee application and file the Final Report.

Initial Projected Date of Final Report (TFR): 10/15/12     Current Projected Date of Final Report (TFR): 02/15/13

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.05

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03178 -BWB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CASAREZ, HOMER RAMIREZ | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9387  CHECKING ACCOUNT |
| Taxpayer ID No: | *******2268 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 30,759.72 | | 30,759.72 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.07 | 30,742.65 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.59 | 30,723.06 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.94 | 30,704.12 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.56 | 30,684.56 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.61 | 30,638.95 |
| 05/03/13 | 100000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 14,030.66 | 16,608.29 |
| 05/03/13 | 100001 | Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,630.00 | 9,978.29 |
| 05/03/13 | 100002 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 12, Payment 7.47891% | 7100-000 | | 1,242.77 | 8,735.52 |
| 05/03/13 | 100003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 1, Payment 7.47892% | 7100-900 | | 542.81 | 8,192.71 |
| 05/03/13 | 100004 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 10, Payment 7.47885% | 7100-900 | | 261.67 | 7,931.04 |
| 05/03/13 | 100005 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120 | Claim 11, Payment 7.47851% | 7100-900 | | 80.56 | 7,850.48 |

Page Subtotals   30,759.72   22,909.24

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03178 -BWB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CASAREZ, HOMER RAMIREZ | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9387  CHECKING ACCOUNT |
| Taxpayer ID No: | *******2268 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami FL 33131-1605 | | | | | |
| 05/03/13 | 100006 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 13, Payment 7.47914% | 7100-900 | | 17.84 | 7,832.64 |
| 05/03/13 | 100007 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 14, Payment 7.47888% | 7100-900 | | 1,706.11 | 6,126.53 |
| 05/03/13 | 100008 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 15, Payment 7.47890% | 7100-900 | | 1,436.22 | 4,690.31 |
| * 05/03/13 | 100009 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 68501-2609 | Claim 16, Payment 7.47888% | 7100-903 | | 88.25 | 4,602.06 |
| 05/03/13 | 100010 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 2, Payment 7.47862% | 7100-900 | | 32.71 | 4,569.35 |
| 05/03/13 | 100011 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 3, Payment 7.47884% | 7100-900 | | 781.24 | 3,788.11 |
| 05/03/13 | 100012 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 4, Payment 7.47891% | 7100-900 | | 1,141.15 | 2,646.96 |
| 05/03/13 | 100013 | Fifth Third Bank P.O. Box 829009 Dallas, TX 75382 | Claim 5, Payment 7.47895% | 7100-900 | | 582.47 | 2,064.49 |
| 05/03/13 | 100014 | American Express Centurion Bank | Claim 6, Payment 7.47883% | 7100-900 | | 681.50 | 1,382.99 |

Page Subtotals          0.00          6,467.49

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03178 -BWB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CASAREZ, HOMER RAMIREZ | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9387 CHECKING ACCOUNT |
| Taxpayer ID No: | *******2268 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 05/03/13 | 100015 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>American Express Centurion Bank | Claim 7, Payment 7.47890% | 7100-900 | | 934.86 | 448.13 |
| | 05/03/13 | 100016 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 8, Payment 7.47910% | 7100-900 | | 39.37 | 408.76 |
| | 05/03/13 | 100017 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 9, Payment 7.47876% | 7100-900 | | 408.76 | 0.00 |
| * | 12/10/13 | 100009 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 16, Payment 7.47888% | 7100-903 | | -88.25 | 88.25 |
| | 12/10/13 | 100018 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 12, Payment 0.06674% | 7100-000 | | 11.09 | 77.16 |
| | 12/10/13 | 100019 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 14, Payment 0.06672% | 7100-900 | | 15.22 | 61.94 |
| | 12/10/13 | 100020 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 15, Payment 0.06671% | 7100-900 | | 12.81 | 49.13 |
| | 12/10/13 | 100021 | American InfoSource LP as agent for Citibank N.A. | Claim 3, Payment 0.06682% | 7100-900 | | 6.98 | 42.15 |

Page Subtotals     0.00     1,340.84

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-03178 -BWB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CASAREZ, HOMER RAMIREZ | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9387 CHECKING ACCOUNT |
| Taxpayer ID No: | *******2268 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/10/13 | 100022 | PO Box 248840<br>Oklahoma City, OK 73124-8840<br>Chase Bank USA, N.A. | Claim 4, Payment 0.06665% | 7100-900 | | 10.17 | 31.98 |
| 12/10/13 | 100023 | PO Box 15145<br>Wilmington, DE 19850-5145<br>Fifth Third Bank<br>P.O. Box 829009<br>Dallas, TX 75382 | Claim 5, Payment 0.06677% | 7100-900 | | 5.20 | 26.78 |
| 12/10/13 | 100024 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 6, Payment 0.06683% | 7100-900 | | 6.09 | 20.69 |
| 12/10/13 | 100025 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 7, Payment 0.06672% | 7100-900 | | 8.34 | 12.35 |
| 12/10/13 | 100026 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET<br>CHICAGO, IL 60604<br>Attn: Fiscal Department | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #   CLAIM #   DIVIDEND<br>================================<br>1          1          4.84<br>2          2          0.29<br>8          8          0.35<br>9          9          3.65<br>10        10        2.34<br>11        11        0.73<br>13        13        0.15 | 7100-901<br>7100-901<br>7100-901<br>7100-901<br>7100-901<br>7100-901<br>7100-901 | | 12.35 | 0.00 |

Page Subtotals        0.00        42.15

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03178 -BWB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CASAREZ, HOMER RAMIREZ | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9387 CHECKING ACCOUNT |
| Taxpayer ID No: | *******2268 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 30,759.72 | 30,759.72 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 30,759.72 | 0.00 | |
| | | | | Subtotal | 0.00 | 30,759.72 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 30,759.72 | |

Page Subtotals   0.00   0.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 6

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-03178 -BWB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | CASAREZ, HOMER RAMIREZ | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1903 MONEY MARKET |
| Taxpayer ID No: | *******2268 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/12 | 1 | First American Title Insurance Company<br>27775 Diehl Road<br>Warrenville, IL 60555 | Sale of Real Estate | | 30,837.41 | | 30,837.41 |
| | | FIRST AMERICAN TITLE COMPANY | Memo Amount: 276,450.00<br>Gross Sale of Real Estate | 1110-000 | | | |
| | | CITIFINACIAL MORTGAGE | Memo Amount: ( 105,065.30 )<br>Pay-off 1st mortgage | 4110-000 | | | |
| | | FIFTH THIRD BANK | Memo Amount: ( 55,017.22 )<br>Payoff 2nd mortgage | 4110-000 | | | |
| | | KARGES REAL ESTATE | Memo Amount: ( 7,061.25 )<br>Real estate commission | 3510-000 | | | |
| | | RE/MAX SYNERGY | Memo Amount: ( 6,761.25 )<br>Real estate commission | 3510-000 | | | |
| | | | Memo Amount: ( 8,076.91 )<br>Post-petition real estate taxes | 2820-000 | | | |
| | | ARS SURVEYING SERVICE | Memo Amount: ( 475.00 )<br>ARS Surveying | 2500-000 | | | |
| | | CLOSING COSTS | Memo Amount: ( 2,243.25 )<br>Closing Costs | 2500-000 | | | |
| | | HOMER CASAREZ | Memo Amount: ( 15,000.00 )<br>Exemption | 8100-000 | | | |
| | | CHERYL CASAREZ | Memo Amount: ( 45,837.41 )<br>Non-filing spouse's 1/2 ownership | 8500-000 | | | |
| | | PURE TECH | Memo Amount: ( 75.00 )<br>Termite Inspection | 2500-000 | | | |
| 06/29/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 30,837.51 |
| 07/31/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.27 | | 30,837.78 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 40.44 | 30,797.34 |

Page Subtotals 30,837.78 40.44

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

FORM 2          Page: 7

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03178 -BWB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | CASAREZ, HOMER RAMIREZ | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1903 MONEY MARKET |
| Taxpayer ID No: | *******2268 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/12 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.25 | | 30,797.59 |
| 08/31/12 | | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 37.87 | 30,759.72 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 30,759.72 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 276,450.00 | COLUMN TOTALS | | 30,838.03 | 30,838.03 | 0.00 |
| Memo Allocation Disbursements: | 245,612.59 | Less: Bank Transfers/CD's | | 0.00 | 30,759.72 | |
| | | Subtotal | | 30,838.03 | 78.31 | |
| Memo Allocation Net: | 30,837.41 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 30,838.03 | 78.31 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 276,450.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 245,612.59 | CHECKING ACCOUNT - ********9387 | 0.00 | 30,759.72 | 0.00 |
| | | MONEY MARKET - ********1903 | 30,838.03 | 78.31 | 0.00 |
| Total Memo Allocation Net: | 30,837.41 | | 30,838.03 | 30,838.03 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 0.25 | 30,797.59 |
|---|---|---|---|

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*